DAVID M. SMALL v. JULIE S. SMALL.

December 16, 1982.

Petition for certification denied.

BOARD OF EDUCATION OF THE TOWNSHIP OF EGG HARBOR
v. BOARD OF EDUCATION OF GREATER EGG HARBOR
REGIONAL SCHOOL DISTRICT.

December 16, 1982.

Petition for certification denied.   (See 188 *N.J.Super.* 92)

STATE OF NEW JERSEY v. ROBERT ANDERSON.

December 16, 1982.

Petition for certification granted.  (See 186 *N.J.Super.* 174)

IN THE MATTER OF SUPREME COURT ADVISORY COMMITTEE
ON PROFESSIONAL ETHICS, OPINION NO. 502.

December 16, 1982.

The petition for review of the Advisory Committee on Professional Ethics Opinion Number 502, entitled *Conflict of Interest—Representation of Insurance Carrier and Insured Where Question of Coverage is in Issue,* is denied.